Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for CLIFF FORTUNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CLIFF FORTUNE,<br><br>　　　　　Defendant. | Case No. CR 06-0419 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING DATE** |

## STIPULATION

Defendant Cliff Fortune, by and through his counsel, Edward W. Swanson, and the United States, by and through its counsel Assistant United States Attorney Stacey Geis, hereby stipulate and agree as follows:

1. Mr. Fortune is scheduled to appear before this Court on September 6, 2006 at 2:15 p.m. for sentencing.

2. The parties agree that the sentencing hearing should be postponed until November 29, 2006 at 2:15 p.m. This continuance is necessary to allow defense counsel sufficient time to obtain documents relevant to Mr. Fortune's sentencing and to accommodate government counsel's trial schedule. United States Probation Officer Sara Black has been advised of the proposed continuance of

///

///

///

the sentencing hearing and has no objection thereto.

IT IS SO STIPULATED.

Dated: August 3, 2006

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Cliff Fortune

Dated: August 3, 2006

/s/
Stacey Geis
Assistant United States Attorney

ORDER

Pursuant to stipulation, the Court HEREBY ORDERS that the Defendant's sentencing hearing is continued from September 6, 2006 to November 29, 2006 at 2:15 p.m.

IT IS SO ORDERED.

Dated:   August 4, 2006

CHARLES R. BREYER
United States

IT IS SO ORDERED
Judge Charles R. Breyer

2