IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00419 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CLIFFORD FORTUNE, | |
| Defendant. | |

The Court, after reviewing the Presentence Investigation Report dated July 31, 2006, is considering imposing a sentence greater than that suggested by the Sentencing Guidelines. In particular, the Court is concerned about the information set forth in paragraphs 41 to 49 of the Report. The parties should be prepared to address these concerns at the sentencing hearing.

**IT IS SO ORDERED.**

Dated: Nov. 20, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\419\orderresentencehearing.wpd