Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for CLIFF FORTUNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CLIFF FORTUNE,<br><br>          Defendant. | Case No. CR 06-00419 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING** |

    Defendant Cliff Fortune, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Stacey Geis, hereby stipulate and agree as follows:

    1.    Mr. Fortune is scheduled to appear before this Court on October 20, 2009 at 9:30 a.m. for identification of counsel.

    2.    The parties hereby request that the hearing be postponed until October 26, 2009 at 9:30 a.m. This continuation is necessary as defense counsel will be in trial on October 20, 2009.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 16, 2009

/s/
Edward W. Swanson
Swanson & McNamara LLP
Counsel for Cliff Fortune

Dated: October 16, 2009

/s/
Stacey Geis
Assistant United States Attorney

ORDER

Pursuant to stipulation, the Court HEREBY ORDERS that the Defendant's hearing be rescheduled from October 20, 2006 to October 26, 2006 at 9:30 a.m.

IT IS SO ORDERED.

Dated: October 19, 2009

IT IS SO ORDERED
Judge Elizabeth D. Laporte